JOSEPH L. PALLER JR. (SBN 82613)
jlpaller@gslaw.org
MICHAEL D. WEINER (SBN 240155)
mweiner@gslaw.org
**GILBERT & SACKMAN, A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000  Fax: (323) 937-9139

*Attorneys for UFCW Local 324*

MICHAEL D. FOUR (SBN 100711)
mdf@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048
Telephone: (323) 655-4700  Fax: (323) 655-4488

*Attorneys for UFCW Locals 135, 770, 1036, 1428 & 1442*

JEFFREY S. WOHLNER (SBN 44692)
wohlnerj@wkpyc.com
**WOHLNER, KAPLON, PHILLIPS, YOUNG & CUTLER PC**
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone: (818) 501-8030  Fax: (818) 501-5306

*Attorneys for UFCW Local 1167*

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RITE AID CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UFCW LOCALS 135, 324, 770, 1036, 1167, 1428 and 1442,<br><br>Defendants. | Case No. SACV 08-00301 CJC (ANx)<br>(as consolidated with Case No. SACV 08-00339 CJC (ANx))<br><br>[PROPOSED] JUDGMENT<br><br>Date:       June 16, 2008<br>Time:       1:30 p.m.<br>Courtroom:  9B<br><br>Hon. Cormac J. Carney |

## JUDGMENT

This matter came before the Court for hearing on June 16, 2008, the Honorable Cormac J. Carney, United States District Judge, presiding. The Court having considered all papers filed in connection with this matter, for good cause appearing Final Judgment is hereby entered in favor of United Food and Commercial Workers Union, Local Nos. 135, 324, 770, 1036, 1167, 1428 and 1442 ("Unions"), and against Rite Aid Corporation ("Rite Aid"). It is further ORDERED, ADJUDGED, AND DECREED as follows:

1. The certain labor arbitration award issued by Arbitrator Howard S. Block dated December 19, 2007 and the supplemental award issued by Arbitrator Bock dated May 19, 2008 in the *Matter of Arbitration Between Rite Aid Corporation and United Food and Commercial Workers Union, Local Nos. 135, 324, 770, 1036, 1167, 1428 and 1442; Issue: Contract Reformation; Minimum Wage Increase Arbitration*, are confirmed in all respects;

2. The July 11, 2005 through July 13, 2008 Retail Drug Agreement between Rite Aid Corporation and the Unions shall be reformed by renumbering paragraph 2 of Appendix A as paragraph 3, and by inserting the following paragraph 2 in Appendix A:

   "If at any time during the life of this agreement the federal or state minimum wage exceeds any of the rates herein, Rite Aid will increase that rate to twenty cents (20¢) above the prevailing minimum wage and every progression step thereafter will be at least ten cents (10¢) higher than the preceding step."

3. Rite Aid has violated paragraph 2 of Appendix A as so reformed by failing to pay wage increases in accordance therewith beginning January 1, 2007 when California's minimum wage increased from $6.75 to $7.50 per hour.

4. Rite Aid Corporation shall immediately pay wage increases in accordance with paragraph 2 of Appendix A retroactive to January 1, 2007.

**IT IS SO ORDERED:**

DATED: June 24, 2008

By _____
HON. CORMAC J. CARNEY
United States District Judge

Respectfully submitted,

**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**

**WOHLNER, KAPLON, PHILLIPS, YOUNG & CUTLER PC**

**GILBERT & SACKMAN, A LAW CORPORATION**

By  /s/ Joseph L. Paller Jr.
        Joseph L. Paller Jr.

*Attorneys for Unions*